IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM R. BLACKERBY,<br><br>Defendant. | 8:14CB7<br><br>ORDER |

    This matter is before the court on Government's Motion to Dismiss (Filing No. 54). Government's Motion to Dismiss (Filing No. 54) is granted. This case which involves, Violation Notice 2147044-NE14, is dismissed. The warrant is vacated.

    DATED this 17th day of December, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge